NUMBER
13-05-519-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_ 
_________________________________________________________________

 

RANDALL D. BURTON,                                             Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__ 
________________________________________________________________

 

                On
appeal from County Court at Law No. 2

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, RANDALL D. BURTON, attempted to perfect an
appeal from a judgment entered by the County Court at Law No. 2
of Nueces County, Texas. 
Sentence in this cause was imposed on May 27, 2005.  No timely motion for new trial was filed.   The notice of appeal was
due to be filed on June 27, 2005, but was not filed until August 9, 2005.   Said
notice of appeal is untimely filed. 

Tex. R. App. P. 26.3 provides that the court of appeals
may grant an extension of time for filing notice of appeal if such notice is
filed within  fifteen days of the last
day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension.  Appellant failed to file his notice of appeal
and a motion requesting an extension of time within such period. 

The Court, having considered the documents on file and appellant's
failure to timely perfect his appeal, is of the opinion that the appeal should
be dismissed for want of jurisdiction. 
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed 

this the 31st
day of August, 2005.